## The Singer Manufacturing Company v. Charles L. Benjamin.

*Damages for vexatious appeal.*

Damages, as for vexatious appeal, were awarded on affirmance of a judgment where the amount involved was small and the only substantial points of law in question had already been disposed of on a previous hearing.

Error to Saginaw. (Gage, J.) Argued January 28, 1886. Decided February 3, 1886.

Replevin. Plaintiff brings error. Affirmed.

*Holden & Harris*, for appellant.

*Trask, Grout & Smith*, for defendant.

For facts, see same case, 55 Mich. 330.

CHAMPLIN, J. This case was before the court at the October term, 1884 (55 Mich. 330). The record in this case seeks to review the decision of this Court upon the points of law then decided, and the other errors assigned are without merit.

The defendant defends as special administrator of the estate of Angus D. McArthur, deceased, whose estate, at the largest estimate shown in the record, will not exceed $300. We are satisfied with the correctness of our former decision, and have no disposition to reverse it, and we cannot regard this appeal otherwise than vexatious.

The judgment is affirmed, with fifty dollars damages for vexatious appeal, and costs of both courts to be taxed.

The other Justices concurred.